**EXHIBIT 2:** INFRINGEMENT #1

URL: https://timcast.com/news/ghislaine-maxwell-trial-on-hold-after-lawyer-becomes-ill/

