IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| CHRISTOPHER SADOWSKI,<br><br>Plaintiff,<br><br>v.<br><br>TIMCAST MEDIA GROUP INCORPORATED,<br><br>Defendant. | Case No: 8:23-cv-00179-PX<br><br><br>NOTICE OF SETTLEMENT |

**PLEASE TAKE NOTICE** that Plaintiff CHRISTOPHER SADOWSKI ("Plaintiff"), by and through his undersigned counsel, hereby notifies the Court that the parties have reached a settlement in principle in this matter and are in the process of documenting and performing their settlement obligations.

In light of the settlement, the parties respectfully request that the Court adjourn all deadlines and conferences, if any. Plaintiff anticipates filing a dismissal with prejudice within thirty (30) days.

DATED: April 3, 2023

                                            **SANDERS LAW GROUP**

                                            By:   */s/ Craig Sanders*
                                            Craig Sanders, Esq.
                                            333 Earle Ovington Blvd, Suite 402
                                            Uniondale, NY 11553
                                            Tel: (516) 203-7600
                                            Email: csanders@sanderslaw.group
                                            *Attorneys for Plaintiff*